UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: WEBVENTION LLC ('294) PATENT LITIGATION | ) ) | MDL 11-md-2294 |
| WEBVENTION LLC , | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:11-cv-03623-CCB |
| ADIDAS AMERICA INC., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Webvention LLC ("Webvention"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies the Court of its dismissal of all claims in this action between Webvention and Defendant Deutsche Bank ("Deutsche Bank") without prejudice. Deutsche Bank has not answered or otherwise responded to the complaint. Webvention therefore notifies the Court of its intent to dismiss its claims against Deutsche Bank pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 13, 2012

Respectfully Submitted,

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (DE Bar No. 4349)
Ryan M. Ernst (DE Bar No. 4788)
O'Kelly Ernst Bielli & Wallen, LLC
1000 N West St Ste 1200
Wilmington, DE 19801
Telephone: (302) 295-4905
Facsimile: (302) 295-2873
Email: sokelly@oebwlegal.com
Email: rernst@oebwlegal.com

*Attorneys For Plaintiff Webvention LLC*